# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _CG_ D.C.

05 DEC -1  AM 10: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| DARLENE GILDING and BERNIE GILDING, | |
| Plaintiffs, | |
| v. | No. 05-2740-D/P |
| EXXON MOBIL CORPORATION, | |
| Defendant. | |

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiff Exxon Mobil Corporation has moved the Court for an order extending by thirty (30) days the time within which it must respond to the Complaint. Counsel for the Plaintiffs has consented thereto. The Court finds that there is good cause for the requested extension of time.

IT IS THEREFORE ORDERED that Defendant ExxonMobil Corporation's time to respond to the Complaint is extended to January 3, 2006.

_____
TU M. PHAM, United States Magistrate Judge

Date: December 1, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/1/05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02740 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Robert L. Green
Allen, Summers, Simpson, Lillie & Gresham, Pllc
80 Monroe Ave
Suite 650
Memphis, TN 38103

Robert L. Green
Allen, Summers, Simpson, Lillie & Gresham, PLLC
80 Monroe Ave
Suite 650
Memphis, TN 38103

Mark A. Lambert
Allen, Summers, Simpson, Lillie & Gresham, PLLC.
80 Monroe Ave.
Suite 650
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT